

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 12-00274 (01)** |
| **VERSUS** | * | **JUDGE ELIZABETH ERNY FOOTE** |
| **GARY JEFFERSON BYRD** | * | **MAG. JUDGE C. MICHAEL HILL** |

## ORDER

The Report and Recommendation of the Magistrate Judge [Record Document 51], having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED** that the Motion to Supress [Record Document 38] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ___ day of July, 2013.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE