U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL - 2 2013

TONY R. MOORE, CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-00274 (01) |
| VERSUS | * | JUDGE ELIZABETH ERNY FOOTE |
| GARY JEFFERSON BYRD | * | MAG. JUDGE C. MICHAEL HILL |

# ORDER

The Report and Recommendation of the Magistrate Judge [Record Document 50], having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED** that the Motion to Dismiss [Record Document 37] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ___ day of July, 2013.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE