UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:12-00274 |
| | CIVIL NO. 6:16-1365 |
| VERSUS | JUDGE FOOTE |
| GARY JEFFERSON BYRD | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED,** that the Motion to Vacate filed pursuant to 28 U.S.C. § 2255 by pro se petitioner, Gary Jefferson Byrd is **DENIED** and **DISMISSED WITH PREJUDICE** consistent with the report and recommendation.

Shreveport, Louisiana, this ____ day of May 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE